**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

MATTHEW FREEZE                                                                                    PETITIONER
Reg # 41286-179

v.                                            NO. 2:11CV00070 JLH/BD

T.C. OUTLAW, Warden,
Federal Correctional Complex,
Forrest City, Arkansas                                                                          RESPONDENT

**ORDER**

      The Court has reviewed the Recommended Disposition filed by Magistrate Judge Beth Deere. The parties have not filed any objections to the Recommendation. This Court adopts the Recommendation as its own. The Petition for Writ of Habeas Corpus (docket entry #2) is dismissed, with prejudice.

      IT IS SO ORDERED this 4th day of April, 2012.

_____
UNITED STATES DISTRICT JUDGE