# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

**MATTHEW FREEZE**                                                                                                                 **PETITIONER**
Reg # 41286-179

v.                                          NO. 2:11CV00070 JLH/BD

T.C. OUTLAW, Warden,
Federal Correctional Complex,
Forrest City, Arkansas                                                                                                             **RESPONDENT**

## JUDGMENT

In accordance with the Court's Order entered this date, Matthew Freeze's 28 U.S.C. § 2241 petition for writ of habeas corpus is DISMISSED, with prejudice.

IT IS SO ORDERED this 4th day of April, 2012.

_____
UNITED STATES DISTRICT JUDGE